UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>    Gonzalo Lopez<br>    Claudia Lopez<br>            Debtor(s) | Case No. 11 B 51831 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/29/2011.

2) The plan was confirmed on 05/23/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 05/23/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Completed on 06/19/2015.

6) Number of months from filing to last payment: 42.

7) Number of months case was pending: 46.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $29,313.03.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $41,060.26 |
| Less amount refunded to debtor | $3,515.73 |

**NET RECEIPTS:** $37,544.53

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,360.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,513.98 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,873.98

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Advanced Respiratory Supply | Unsecured | 194.18 | NA | NA | 0.00 | 0.00 |
| Advocate Christ Medical Center | Unsecured | 80.18 | NA | NA | 0.00 | 0.00 |
| Advocate Illinois Masonic Medical Center | Unsecured | 396.74 | NA | NA | 0.00 | 0.00 |
| Advocate Medical Group | Unsecured | 15.40 | NA | NA | 0.00 | 0.00 |
| Back Bowl I LLC | Unsecured | 13,580.00 | 13,721.40 | 13,721.40 | 3,944.35 | 0.00 |
| Capital One | Unsecured | 900.00 | 1,218.27 | 1,218.27 | 350.20 | 0.00 |
| CEP American-Illinois PC | Unsecured | 491.00 | NA | NA | 0.00 | 0.00 |
| Certified Services Inc | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |
| Certified Services Inc | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |
| Christ Hospital | Unsecured | 30.28 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Finance | Unsecured | 243.35 | 983.93 | 983.93 | 282.84 | 0.00 |
| Col/Debt Collection Systems | Unsecured | 758.24 | NA | NA | 0.00 | 0.00 |
| Collect Systems | Unsecured | 758.00 | NA | NA | 0.00 | 0.00 |
| Cook County Treasurer | Unsecured | 4,669.55 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Service | Unsecured | 263.00 | NA | NA | 0.00 | 0.00 |
| Diversified Services Group | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| Dr Dufhash K Shab | Unsecured | 22.30 | NA | NA | 0.00 | 0.00 |
| Empire Blue | Unsecured | 491.00 | NA | NA | 0.00 | 0.00 |
| EOSCCA | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| EOSCCA | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| Federal National Mortgage Assoc | Secured | 77,958.75 | 1,540.75 | 1,540.75 | 1,540.75 | 0.00 |
| Federal National Mortgage Assoc | Secured | 77,958.75 | 75,504.54 | 75,504.54 | 0.00 | 0.00 |
| Federal National Mortgage Assoc | Secured | 177,227.81 | 219,699.86 | 219,699.86 | 0.00 | 0.00 |
| Ffcc Columbus Inc | Unsecured | 22.00 | NA | NA | 0.00 | 0.00 |
| Ffcc Columbus Inc | Unsecured | 86.00 | NA | NA | 0.00 | 0.00 |
| Gary Wiesman MD | Unsecured | 190.00 | NA | NA | 0.00 | 0.00 |
| Harris & Harris | Unsecured | 295.67 | NA | NA | 0.00 | 0.00 |
| JP Morgan Chase Bank NA | Secured | 24,593.00 | 22,838.40 | 23,715.70 | 23,715.70 | 1,680.03 |
| Kohls/Capone | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| MacNeal Memorial Hospital | Unsecured | 287.32 | NA | NA | 0.00 | 0.00 |
| Malcolm S Gerald & Assoc | Unsecured | 22.10 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Merchandise Credit Guide | Unsecured | 42.40 | NA | NA | 0.00 | 0.00 |
| Mercy Hospital | Unsecured | 83.36 | NA | NA | 0.00 | 0.00 |
| Mercy Physician Billing | Unsecured | 16.40 | NA | NA | 0.00 | 0.00 |
| MidAmerica Cardiovascular Consultants | Unsecured | 1,557.70 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management Inc | Unsecured | 463.45 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management Inc | Unsecured | 463.00 | 463.45 | 463.45 | 133.22 | 0.00 |
| Midwest Diagnostic Pathology, SC | Unsecured | 14.40 | NA | NA | 0.00 | 0.00 |
| Mirshed Medical Center | Unsecured | 17.10 | NA | NA | 0.00 | 0.00 |
| Mirshed Medical Center | Unsecured | 60.50 | NA | NA | 0.00 | 0.00 |
| Nationwide Credit & Collection | Unsecured | 37.49 | NA | NA | 0.00 | 0.00 |
| Nationwide Credit, Inc | Unsecured | 111.15 | NA | NA | 0.00 | 0.00 |
| Neurologic Associates | Unsecured | 22.30 | NA | NA | 0.00 | 0.00 |
| Neurologic Care Susan Sicotte | Unsecured | 54.90 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 1,400.00 | 1,827.57 | 1,827.57 | 525.35 | 0.00 |
| Portfolio Recovery Associates | Unsecured | NA | 971.52 | 971.52 | 279.27 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 3,749.03 | 3,749.03 | 3,749.03 | 1,077.70 | 0.00 |
| Preferred Open MRI | Unsecured | 71.30 | NA | NA | 0.00 | 0.00 |
| Quality Healthcare Equipment Inc | Unsecured | 50.22 | NA | NA | 0.00 | 0.00 |
| Quest Diagnostics Inc | Unsecured | 10.80 | NA | NA | 0.00 | 0.00 |
| Resurrection Health Care | Unsecured | 90.93 | NA | NA | 0.00 | 0.00 |
| Sleep Diagnostics | Unsecured | 189.17 | NA | NA | 0.00 | 0.00 |
| St Anthony Health Affiliates | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| Stanislaus Credit Control Service Inc | Unsecured | 491.00 | 491.00 | 491.00 | 141.14 | 0.00 |
| Wellington Radiology | Unsecured | 8.40 | NA | NA | 0.00 | 0.00 |
| West Asset Management | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $75,504.54 | $0.00 | $0.00 |
| Mortgage Arrearage | $1,540.75 | $1,540.75 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $243,415.56 | $23,715.70 | $1,680.03 |
| **TOTAL SECURED:** | **$320,460.85** | **$25,256.45** | **$1,680.03** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$23,426.17** | **$6,734.07** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $3,873.98 |
| Disbursements to Creditors | $33,670.55 |
| **TOTAL DISBURSEMENTS** : | **$37,544.53** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/09/2015                              By: /s/ Marilyn O. Marshall
                                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**